FILED
CHARLOTTE, NC

SEP 22 2010

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MISC. NO.: 3:10CR208 |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| (1) JOSEPH ALEXANDER CLINTON | ) | |
| (2) DAVENON FARMER | ) | |
| (3) TIMOTHY HERRON | ) | **UNDER SEAL** |
| (4) MICHAEL LAMONT MOORE | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22nd day of September 2010.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE